UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW YORK PERIODCAL DISTIBUTORS, INC.

        Plaintiff,    Civil Action No.: 5:05-CV-66
v.                  (FJS/DEP)

KENSINGTON PUBLISHING CORP. and
PENGUIN GROUP (USA),

        Defendants.

## STIPULATION TO DISCONTINUE ACTION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record for all parties herein that pursuant to Federal Rule of Civil Procedure 41(a)(1), this action shall be and is hereby dismissed without prejudice and without costs to either party.

Dated: August 2, 2005
     Syracuse, New York

| | |
|---|---|
| **MENTER, RUDIN & TRIVELPIECE, P.C.** | **SCOLARO, SHULMAN, COHEN, FETTER & BURSTEIN, P.C.** |
| By: /s/ Mitchell J. Katz, Esq. | By: /s/ Chaim J. Jaffe, Esq. |
| Bar Roll No.: 301057 | Bar Roll No.: 507042 |
| 500 South Salina Street, Suite 500 | 507 Plum Street, Suite 300 |
| Syracuse, New York 13202 | Syracuse, New York 13204 |
| Telephone: (315) 474-7541 | Telephone: (315) 471-8111 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Kensington Publishing Corp.* |

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Christina J. DeVries
Bar Roll No.: 513091
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000

*Attorneys for Defendant*
*Penguin Group (USA)*

Dated: August 17, 2005
Syracuse, New York

IT IS SO ORDERED:

_____
Hon. David E. Peebles
United States Magistrate Judge
Northern District of New York

{F:\WPMain\28834\17616\SAT3454.DOC}